# Exhibit 1

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before the Honorable Monica Bhattacharyya**
**Administrative Law Judge**

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN GLASS SUBSTRATES FOR LIQUID CRYSTAL DISPLAYS, PRODUCTS CONTAINING THE SAME, AND METHODS FOR MANUFACTURING THE SAME** | Investigation No. 337-TA-1433 |

**RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE A LETTER OF REQUEST PURSUANT TO THE HAGUE EVIDENCE CONVENTION**

The undersigned Administrative Law Judge finds that the evidence that Complainant Corning Inc. ("Corning") seeks pursuant to its proposed Letter of Request under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, 28 U.S.C. § 1782 ("Hague Evidence Convention"), is evidence Corning is entitled to adduce at the hearing in this matter in the International Trade Commission ("Commission") in relation to its trade secret misappropriation and patent infringement claims.[1]  Accordingly, the undersigned recommends that the United States District Court for the District of Columbia issue, under its seal and signature, the attached Hague Letter of Request to the Central Authority for China.

Letters of Request pursuant to the Hague Evidence Convention are the appropriate method of gathering necessary evidence in China for use in litigation in the United States. Article 3 of the Hague Evidence Convention authorizes a judicial officer of the country from which a discovery request originates to forward a request conforming to an annexed model to the Central Authority of the country where the evidence is being sought.  *See* 28 U.S.C. § 1782.

---

[1] Corning's Letter of Request is attached as Appendix B.

1

In administrative cases, such a request may be issued by a district court under the All Writs Act, 28 U.S.C. § 1651. Corning's proposed Hague Letter of Request seeks international judicial assistance in obtaining relevant evidence in China needed for the hearing in the Commission investigation into certain glass substrates for liquid crystal displays, products containing the same, and methods for manufacturing the same. Corning's proposed Hague Letter of Request meets the standards set forth for Hague requests according to the Hague Evidence Convention.[2] Accordingly, the undersigned respectfully requests that Court issue the proposed Hague Letter of Request.

In order to comply with the statutory time limitations on Commission proceedings, the undersigned respectfully requests that the Court assign a judge and schedule a hearing to expedite the issuance of the Hague Letter of Request.

Respectfully submitted this 21st day of July, 2025,

_Monica Bhattacharyya_
Monica Bhattacharyya
Administrative Law Judge

---

[2] U.S. Dep't of State, China Judicial Assistance Information, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/China.html.

2