IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CORNING, INC.,

    Plaintiff,

    v.

CAIHONG DISPLAY DEVICES CO., LTD., et al.,

    Defendants.

Misc. Action No. 25-mc-0121

### ORDER

Upon consideration of petitioner Corning Incorporated's motion seeking the issuance of a letter of request under the Hague Evidence Convention, ECF No. 1, and the entire record, petitioner's motion is hereby **GRANTED**. The request for international judicial assistance will be separately executed.

The Clerk of Court is requested to close this case.

**SO ORDERED.**

ISSUED this 24th day of July, 2025, at 1:00 p.m.

_____
Rudolph Contreras
United States District Court Judge